**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)**

| | |
|---|---|
| DEIAN STANKOV, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 8:11-cv-01509-RWT |
| PNC BANK, NATIONAL ASSOCIATION, | ) ) ) |
| Defendant. | ) ) ) |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO DISMISS

Pursuant to Fed. Rule Civ. P. 12(b)(6), Defendant PNC Bank, National Association ("PNC"), by counsel, hereby moves to dismiss Plaintiff's Complaint. For the reasons set forth more fully in the accompanying Memorandum of Law, Plaintiff's Complaint fails to state a claim upon which relief can be granted.

Respectfully submitted,

July 5, 2011

/s/ Daniel J. Tobin
Daniel J. Tobin (Bar No. 10338)
Hillary G. Benson (Bar No. 17254)
BALLARD SPAHR LLP
4800 Montgomery Lane, 7th Floor
Bethesda, MD  20814-3401
Telephone:  (301) 664-6200
Facsimile:  (301) 664-6299
tobindj@ballardspahr.com
bensonh@ballardspahr.com
*Attorneys for PNC Bank, National Association*

## CERTIFICATE OF SERVICE

This is to certify that on this 5th day of July, 2011, the foregoing Motion to Dismiss, along with accompanying Memorandum and Proposed Order, was filed and served via the Court's electronic filing system upon the following:

Irwin H. Liptz
Harlan L. Weiss
Leonard J. Koenick
Kivitz & Liptz, LLC
7979 Old Georgetown Road, Suite 750
Bethesda, MD 20814

*Counsel for Plaintiff*

/s/ Daniel J. Tobin
Daniel J. Tobin