# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**ROGER W. TITUS**  
**UNITED STATES DISTRICT JUDGE**

6500 CHERRYWOOD LANE  
GREENBELT, MARYLAND 20770  
301-344-0052

## M E M O R A N D U M

TO: Counsel of Record

FROM: Judge Roger W. Titus

RE: *Stankov v. PNC Bank, National Association*  
Civil Case No.: RWT-11-1509

DATE: October 5, 2011

\* \* \* \* \* \* \* \* \*

To accommodate a change in the Court's calendar, the hearing on Defendant's Motion to Dismiss previously scheduled for October 14, 2011 at 2:00 p.m. is hereby **RESCHEDULED** for **December 15, 2011 at 1:00 p.m**.

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

/s/  
ROGER W. TITUS  
UNITED STATES DISTRICT JUDGE