# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**ROGER W. TITUS**                                                                           **6500 CHERRYWOOD LANE**
**UNITED STATES DISTRICT JUDGE**                                            **GREENBELT, MARYLAND 20770**
                                                                                                                         **301-344-0052**

## M E M O R A N D U M

TO:          Counsel of Record

FROM:     Judge Roger W. Titus

RE:          *Stankov v. PNC Bank, National Association*
                  Civil No. RWT-11-1509

DATE:      December 7, 2011

                                       \* \* \* \* \* \* \* \* \*

On December 1, 2011, the Defendant filed a Consent Motion to Continue Hearing. The motion is **GRANTED**. The hearing on Defendant's Motion to Dismiss currently scheduled for December 15, 2011 at 1 p.m. will be **RESCHEDULED** for **February 13, 2012 at 10:30 a.m.**

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

                                                                           /s/
                                                     ROGER W. TITUS
                                                    UNITED STATES DISTRICT JUDGE