# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**ROGER W. TITUS**                                                               **6500 CHERRYWOOD LANE**
**UNITED STATES DISTRICT JUDGE**                                  **GREENBELT, MARYLAND 20770**
                                                                                                                      **301-344-0052**

## M E M O R A N D U M

TO:         Counsel of Record

FROM:      Judge Roger W. Titus

RE:         *Stankov v. PNC Bank, National Association*
                 Civil No. RWT-11-1509

DATE:      December 7, 2011

* * * * * * * * *

On December 1, 2011, the Defendant filed a Consent Motion to Continue Hearing. The motion is **GRANTED**. The hearing on Defendant's Motion to Dismiss currently scheduled for December 15, 2011 at 1 p.m. will be **RESCHEDULED** for **February 13, 2012 at 10:30 a.m.**

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

                                                                            /s/
                                                 ROGER W. TITUS
                                                 UNITED STATES DISTRICT JUDGE