# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **DEIAN STANKOV** | * |
| Plaintiff, | * |
| v. | * Case No.: RWT 11cv1509 |
| **PNC BANK, NATIONAL ASS'N** | * |
| Defendant. | * |

## ORDER

Upon consideration of Defendant's Motion to Dismiss [ECF No. 16], and the arguments of counsel presented at the hearing conducted before the undersigned on February 13, 2012, it is, for the reasons stated in the record, this 21st day of February, 2012, by the United States District Court for the District of Maryland,

**ORDERED**, that Defendant's Motion to Dismiss [ECF No. 16] is **GRANTED** and the Complaint is **DISMISSED with prejudice**; and it is further

**ORDERED**, that the Clerk is directed to close the case.

/s/
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE